```
                   UNITED STATES DISTRICT COURT
                            FOR THE
                      DISTRICT OF VERMONT
```

William R. Ryan,                :
    Plaintiff,              :
                            :
    v.                      :       File No. 1:08-CV-135
                            :
Penny Witherbee,                :
Brattleboro Police              :
Supervisor, Peter               :
DiMarino,                       :
    Defendants.             :

<u>ORDER</u>
(Paper 3)

Plaintiff William Ryan, proceeding *pro se*, brings this action alleging violations of his constitutional rights. The defendants have moved for a more definite statement, arguing that Ryan's two-page complaint is "general and conclusory and devoid of specific facts." (Paper 3 at 3). Ryan has responded to the motion by filing a five-page "addendum" to the complaint. (Paper 10). The addendum is comprised of numbered paragraphs, and provides significantly more detail about the facts underlying his legal claims.

The Court construes Ryan's addendum as an amended complaint. The motion for a more definite statement (Paper 3) is DENIED without prejudice as moot, and the defendants shall file an answer or other appropriate response to Ryan's

amended complaint within 10 days of the date of this Order. <u>See</u> Fed. R. Civ. P. 12(a)(4)(A).

    SO ORDERED.

    Dated at Brattleboro, in the District of Vermont, this 21st day of October, 2008.

                               <u>/s/ J. Garvan Murtha</u>
                               J. Garvan Murtha
                               United States District Judge